**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHEAST REGIONAL COUNCIL OF CARPENTERS, NORTHEAST CARPENTERS FUNDS and the TRUSTEES THEREOF, | Hon. <br><br> Civil Action No. 18- |
| Petitioners, | **CIVIL ACTION** |
| v. | **CERTIFICATE OF SERVICE** |
| LONGBOW ACOUSTICAL, | |
| Respondents. | |

I hereby certify that a copy of the Civil Cover Sheet, Petition to Confirm Arbitration Award and Entry of Judgment, Notice of Motion to Confirm Arbitration Award, Statement that No Brief is Necessary, Proposed Form of Order, and Proposed Form of Judgment was sent via certified mail, return receipt requested, to Respondent at the following address:

Longbow Acoustical
5 Cornell Parkway
Springfield, New Jersey 07081

By: /s/ Ruth K. Torres
Ruth K. Torres

Dated: April 26, 2018